Judge Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>Vs.<br><br>Timothy Dillon, et al,<br>　　　　　　　Defendants. | No.   CR 04-5350RBL<br><br>ORDER AUTHORIZING<br>WITHDRAWAL OF GUILTY PLEA<br>AND SETTING FOR TRIAL |

_____

THIS MATTER having come before the above-entitled court upon the Motion of the defendant requesting that the guilty plea entered on April 21, 2005 be withdrawn and court finding that

1.　　The defendant's guilty plea has not been accepted by this court; and

2.　　The defendant made a timely request to withdraw his guilty plea; and

Order Authorizing Withdrawal of
Guilty Plea and Setting Trial　　　　1

3.  Federal Rule of Criminal Procedure 11(d)(1) applies to the defendant's request; now, therefore it is hereby

ORDERED that the defendant's Motion to Withdraw Guilty Plea is granted. The new Trial Date is October 24, 2005 at 9:30 a.m. The Pretrial Conference date is October 18, 2005 at 9:00 and the new motions cutoff date is September 28. 2005.

Dated this 12th Day of September.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

 /s/ _____

Thomas A. Campbell
Attorney for Defendant

Order Authorizing Withdrawal of
Guilty Plea and Setting Trial              2