04-CR-05350-ORD

Judge Leighton

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | No.  CR 04-5350RBL |
| Vs. | ORDER GRANTING<br>CONTINUATION OF TRIAL DATE |
| TIMOTHY DILLON,<br>　　　　　Defendant. | (~~Proposed~~) |

THIS MATTER having come regularly before the court upon the agreement of the parties for an Order Granting Continuation of Trial Date and the court having considered the records and files herein and having reviewed the Affidavit of Defense Counsel in support of Motion for Continuance, now, therefore,

Order Granting Continuation of　　　1
Trial Date

The Court finds that the interests of justice are best served by granting the requested extension and hereby orders that the currently scheduled trial date is continued to January 9, 2006 @ 9:00 am.

DATED this 18 day of October, 2005

_____
Honorable Ronald B. Leighton

Presented by:

_____
Thomas A. Campbell
Attorney for Defendant

Pretrial Motions cutoff - 11/29/05
Pretrial Conference / Motion Hrg - 12/21/05 9:00

Order Granting Continuation of Trial Date        2

The Law Offices of
Thomas A. Campbell, PLLC
201 Auburn Way North, Suite D
Auburn, Washington 98002
(253) 931-8186 • (253) 863-5896 • FAX (253) 333-7910